UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Media Digital Corporation

    v.                             Civil No. 11-cv-433-JD

Asus Computer International,
   Inc., et al.


O R D E R

Attorney Michelle M. Arruda recently joined the law firm of Devine Millimet & Branch, P.A. She is a co-trustee of, and will continue to perform legal services for, several of my wife's family trusts. Therefore, the Clerk shall assign this case to another judge.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

November 22, 2011

cc:  Karen Boyd, Esquire
     Joel Thomas Emlen, Esquire
     Bruce W. Felmly, Esquire
     Roger Fulghum, Esquire
     George R. Moore, Esquire
     David K. Pinsonneault, Esquire
     Christopher S. Ponder, Esquire
     Arnold Rosenblatt, Esquire
     Robert A. Stein, Esquire
     Jonathan T. Suder, Esquire
     Corby R. Vowell, Esquire