IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MEDIA DIGITAL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>ASUS COMPUTER INTERNATIONAL, INC., DELL INC., HTC AMERICA, INC., and PANTECH WIRELESS, INC.,<br><br>    Defendants. | Civil Action No. 1:11-cv-433-PB<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO PANTECH WIRELESS, INC.

Recognizing the Stipulation of Dismissal filed by Plaintiff MEDIA DIGITAL CORPORATION and Defendant PANTECH WIRELESS, INC., it is

ORDERED that the claims and causes of action asserted herein by Plaintiff MEDIA DIGITAL CORPORATION against Defendant PANTECH WIRELESS, INC. be, and hereby are, dismissed WITH PREJUDICE; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

SIGNED this  11  day of June, 2012.

                                                                 /s/ Paul J. Barbadoro
                                                                 Judge Paul J. Barbadoro