IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MEDIA DIGITAL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>ASUS COMPUTER INTERNATIONAL, INC., DELL INC., HTC AMERICA, INC., and PANTECH WIRELESS, INC.,<br><br>    Defendants. | Civil Action No. 1:11-cv-433-PB<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DELL, INC.

Recognizing the Stipulation of Dismissal filed by Plaintiff MEDIA DIGITAL CORPORATION and Defendant DELL, INC., it is

ORDERED that the claims and causes of action asserted herein by Plaintiff MEDIA DIGITAL CORPORATION against Defendant DELL, INC. be, and hereby are, dismissed with prejudice.

And it is ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

SIGNED this  11  day of June, 2012.

 /s/ Paul J. Barbadoro
Judge Paul J. Barbadoro