IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MEDIA DIGITAL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>ASUS COMPUTER INTERNATIONAL, DELL INC., HTC AMERICA, INC., and PANTECH WIRELESS, INC.,<br><br>    Defendants. | Civil Action No. 1:11-cv-433-PB<br><br>JURY TRIAL DEMANDED |

**[PROPOSED]**
**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO**
**ASUS COMPUTER INTERNATIONAL**

Recognizing the Stipulation of Dismissal filed by Plaintiff MEDIA DIGITAL CORPORATION and Defendant ASUS COMPUTER INTERNATIONAL, it is

ORDERED that the claims and causes of action asserted herein by Plaintiff MEDIA DIGITAL CORPORATION against Defendant ASUS COMPUTER INTERNATIONAL be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.


SIGNED this 21 day of June, 2012.

                                    /s/ Paul Barbadoro
                                    Judge Paul J. Barbadoro



   cc:   Counsel of Record


1