IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MEDIA DIGITAL CORPORATION,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ASUS COMPUTER INTERNATIONAL,<br>DELL INC., HTC AMERICA, INC.,<br>and PANTECH WIRELESS, INC.,<br><br>　　　Defendants. | Civil Action No. 1:11-cv-433-PB<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO HTC AMERICA, INC.

Recognizing the Stipulation of Dismissal filed by Plaintiff MEDIA DIGITAL CORPORATION and Defendant HTC AMERICA, INC., it is

ORDERED that the claims and causes of action asserted herein by Plaintiff MEDIA DIGITAL CORPORATION against Defendant HTC AMERICA, INC. be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

SIGNED this 29 day of June, 2012.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Paul Barbadoro
　　　　　　　　　　　　　　　　　　　　　　　Judge Paul J. Barbadoro


cc: Counsel of Record